UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY A IDLEBIRD, *et al*, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-03-3439 |
| § | |
| XEROX CORPORATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Harold V. Dutton is hereby allowed to WITHDRAW as counsel for Plaintiffs.  Plaintiffs time for filing their notice of appeal is EXTENDED by 45 days .

IT IS SO ORDERED.

Signed on this 6th day of September, 2005.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**